IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JEFFREY WALLS,<br><br>                      Plaintiff,<br><br>– against–<br><br>MIDFLORIDA CREDIT UNION and 'EQUIFAX INFORMATION SERVICES, LLC,<br><br>                      Defendants. | Case No.: 8:24-cv-2137-KKM-AEP<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

    Plaintiff, Jeffrey Walls ("Plaintiff"), by and through his attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant Equifax Information Services, LLC ("Equifax") have reached an agreement in principle to settle the above-referenced matter and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff will voluntarily dismiss Equifax with prejudice once the terms of the settlement agreement have been completed.

3. Accordingly, Plaintiff respectfully requests that Equifax be excused from all future appearances and deadlines until this matter is dismissed.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Thank you for your time and attention to this matter.

Dated:  December 27, 2024

        Respectfully submitted,

        **LAW OFFICES OF ROBERT S. GITMEID & ASSOCIATES, PLLC**

        */s/ Thomas J. Bellinder*
        By: Thomas J. Bellinder, Esq.
        Florida Bar No. 65254
        180 Maiden Lane, 27th Floor
        New York, New York 10038
        Tel: (212) 226-5081
        Fax: (212) 208-2591
        Email: Thomas.B@gitmeidlaw.com
        *Attorneys for Plaintiff Jeffrey Walls*

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2024, a true and correct copy of the foregoing **Notice of Settlement as to Defendant Equifax Information Services, LLC** was filed electronically with the Clerk of the Court using the Electronic Document Filing System, which will send a notice of such filing to the following counsel of record:

Daniel Andrew Nicholas, Esq.
Cole, Scott & Kissane, P.A.
500 N. Westshore Blvd
Suite 700
Tampa, FL 33609
Tel: (813) 509-2691
Email: daniel.nicholas@csklegal.com
*Attorneys for Defendant MidFlorida Credit Union*

Jason Daniel Joffe, Esq.
Squire Patton Boggs (US) LLP
200 South Biscayne Blvd
Suite 3400
Tel: (305) 577-7000
Email: Jason.joffe@squirepb.com
*Attorneys for Defendant Equifax Information Services, LLC*

    Respectfully submitted,

    **LAW OFFICES OF ROBERT S. GITMEID & ASSOCIATES, PLLC**

    */s/ Thomas J. Bellinder*
    By: Thomas J. Bellinder, Esq.
    Florida Bar No. 65254
    180 Maiden Lane, 27th Floor
    New York, New York 10038
    Tel: (212) 226-5081
    Fax: (212) 208-2591
    Email: Thomas.B@gitmeidlaw.com
    *Attorneys for Plaintiff Jeffrey Walls*